# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| MARTIN GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO.  4:20-CV-00101-RWS-CAN |
| | § | |
| v. | § | |
| | § | |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment.  Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

All motions by either party not previously ruled on are hereby **DENIED-AS-MOOT.**

All costs are to be borne by the party that incurred them.

The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

**SIGNED** this 20th day of October, 2020.

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE